MOLLY M. LANE, State Bar No. 149206
mlane@morganlewis.con
HOWARD HOLDERNESS, State Bar No. 169814
hholderness@morganlewis.com
DENNIS J. SINCLITICO, State Bar No. 252034
dsinclitico@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP CORP., a Delaware corporation; GAMESTOP.COM, INC., a Delaware corporation; B&N GAMESTOP HOLDING CORP., a Delaware corporation; and BARNES AND NOBLE, INC., a Delaware corporation.<br><br>Defendants. | Case No. CV 10-1210-TEH<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Action Filed: March 23, 2010<br>Trial Date: None Set<br>Judge: Hon. Thelton E. Henderson |

   WHEREAS, Plaintiff James Collins has filed a putative class action in the above-captioned matter against GameStop Corp., GameStop.com, Inc., B&N GameStop Holding Corp., and Barnes and Noble, Inc.;

   WHEREAS, counsel for GameStop Corp. and GameStop.com, Inc. was only recently retained on April 9, 2010;

/////

/////

/////

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64700239.1

STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT - CASE NO. CV 10-121-TEH

1    IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties
2    hereto through their respective counsel that GameStop Corp. and GameStop.com, Inc. shall have
3    until May 17, 2010, to answer or otherwise respond to Plaintiff's complaint.
4
5    Dated: April 14, 2010        MORGAN, LEWIS & BOCKIUS LLP
6
7                                 By: _____
                                     Howard Holderness
8
                                 Attorneys for Defendants GAMESTOP CORP.
9                                and GAMESTOP.COM, INC.
10
11   Dated: April 14, 2010        INITIATIVE LEGAL GROUP APC
12
13
14                                By: _____
                                     Mark P. Pifko
15
                                 Attorneys for Plaintiff JAMES COLLINS,
16                               individually, and on behalf of other members of
                                 the general public similarly situated
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED**
Judge Thelton E. Henderson
04/15/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64700239.1         2         STIPULATION TO EXTEND TIME TO RESPOND TO
                                 COMPLAINT - CASE NO. CV 10-121-TEH