1  GENE WILLIAMS, State Bar No. 211390
   GWilliams@InitiativeLegal.com
2  MARK P. PIFKO, State Bar No. 228412
   MPifko@InitiativeLegal.com
3  JENNIFER S. GROCK, State Bar No. 245671
   JGrock@InitiativeLegal.com
4  INITIATIVE LEGAL GROUP APC
   1800 Century Park East, 2nd Floor
5  Los Angeles, California 90067
   Tel: (310) 556-5637
6  Fax: (310) 861-9051

7  Attorneys for Plaintiff
   James Collins
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated,<br>13<br>14          Plaintiff,<br>15     vs.<br>16  GAMESTOP CORP., a Delaware corporation; GAMESTOP.COM, INC., a Delaware corporation; B&N GAMESTOP HOLDING CORP., a Delaware corporation; and BARNES AND NOBLE, INC., a Delaware corporation.<br>17<br>18<br>19          Defendants.<br>20 | Case No. CV 10-1210-TEH<br><br>STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br><br>Action Filed: March 23, 2010<br>Trial Date: None Set<br>Judge: Hon. Thelton E. Henderson |

21      WHEREAS, Plaintiff James Collins has filed a putative class action in the above-

22  captioned matter against GameStop Corp., GameStop.com, Inc., B&N GameStop Holding Corp.,

23  and Barnes and Noble, Inc.;

24      WHEREAS, counsel B&N GameStop Holding Corp., and Barnes and Noble, Inc. have

25  not yet retained outside counsel to assist them in defense of this matter;

26  /////

27  /////

28  /////

IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties hereto through their respective counsel and corporate representative that B&N GameStop Holding Corp., and Barnes and Noble, Inc. shall have until May 17, 2010, to answer or otherwise respond to Plaintiff's complaint.

Dated: April 19, 2010

INITIATIVE LEGAL GROUP APC

By: _____
Mark P. Pinto

Attorneys for Plaintiff JAMES COLLINS

Dated: April 9, 2010

By: _____
Name: Teresita Rodriguez
Title: Director - Legal Affairs

**IT IS SO ORDERED**
Judge Thelton E. Henderson
04/20/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA