1  MOLLY M. LANE, State Bar No. 149206
   mlane@morganlewis.con
2  HOWARD HOLDERNESS, State Bar No. 169814
   hholderness@morganlewis.com
3  DENNIS J. SINCLITICO, State Bar No. 252034
   dsinclitico@morganlewis.com
4  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
5  San Francisco, CA  94105-1126
   Tel: 415.442.1000
6  Fax: 415.442.1001

7  Attorneys for Defendants
   GAMESTOP CORP. and GAMESTOP.COM, INC.
8

                        UNITED STATES DISTRICT COURT

                       NORTHERN DISTRICT OF CALIFORNIA

                              SAN FRANCISCO DIVISION

| JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP CORP., a Delaware corporation; GAMESTOP.COM, INC., a Delaware corporation; B&N GAMESTOP HOLDING CORP., a Delaware corporation; and BARNES AND NOBLE, INC., a Delaware corporation.<br><br>Defendants. | Case No. CV 10-1210-TEH<br><br>**STIPULATION REGARDING EXTENSION OF ADDITIONAL TIME TO RESPOND TO COMPLAINT**<br><br><br>Action Filed: March 23, 2010<br>Trial Date: None Set<br>Judge: Hon. Thelton E. Henderson |

WHEREAS, Plaintiff James Collins filed a putative class action in the above-captioned matter against several entities, including GameStop Corp., and GameStop.com, Inc.;

WHEREAS, counsel for GameStop Corp., GameStop.com, Inc., and Plaintiff would like the opportunity to meet and confer regarding the potential for resolution of this matter prior to GameStop Corp., and GameStop.com, Inc.'s deadline to file and serve responsive pleadings;

WHEREAS, an additional extension of time of fourteen (14) days in which GameStop Corp., and GameStop.com, Inc. may respond to the complaint in this action will not affect any of the dates previously set by the Court;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64700239.2

STIPULATION TO EXTEND ADDITIONAL TIME TO
RESPOND TO COMPLAINT - CASE NO. CV 10-1210-TEH

1   IT IS HEREBY STIPULATED, pursuant to Civil L.R. 6-1(a), by and between the parties
2   hereto through their respective counsel that GameStop Corp. and GameStop.com, Inc. shall have
3   until Tuesday, June 1, 2010, to answer or otherwise respond to Plaintiff's complaint.

Dated: May 17, 2010                               MORGAN, LEWIS & BOCKIUS LLP

                                                  By: ___/s/_____
                                                        Howard Holderness

                                                  Attorneys for Defendants GAMESTOP CORP.
                                                  and GAMESTOP.COM, INC.

Dated: May 17, 2010                               INITIATIVE LEGAL GROUP APC

                                                  By: ___/s/_____
                                                        Mark P. Pifko

                                                  Attorneys for Plaintiff JAMES COLLINS,
                                                  individually, and on behalf of other members of
                                                  the general public similarly situated

**IT IS SO ORDERED**
*[signature]*
Judge Thelton E. Henderson
05/18/10
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB1/64700239.2         2         STIPULATION TO EXTEND ADDITIONAL TIME TO
                                 RESPOND TO COMPLAINT - CASE NO. CV 10-1210-TEH