IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES COLLINS,

            Plaintiff,

v.

GAMESTOP CORP., et al.,

            Defendants.

NO. C10-1210 TEH

ORDER CONTINUING CASE MANAGEMENT CONFERENCE

      The Court is scheduled to hear argument on Defendants' motion to strike on August 16, 2010, and the parties have stipulated to continue the August 9, 2010 case management conference to the same date. The Court agrees that it would be inefficient to have a case management conference until after the Court has ruled on Defendants' motion, but having the case management conference immediately following the motion hearing will not allow the parties an opportunity to meet and confer about the impact of the Court's ruling. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that the case management conference is continued to **September 13, 2010, at 1:30 PM,** and the parties shall file a joint case management conference statement on or before **September 3, 2010.**

**IT IS SO ORDERED.**

Dated: 07/27/10

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT