```
 1  MOLLY M. LANE, State Bar No. 149206
    mlane@morganlewis.con
 2  HOWARD HOLDERNESS, State Bar No. 169814
    hholderness@morganlewis.com
 3  DENNIS J. SINCLITICO, State Bar No. 240260
    dsinclitico@morganlewis.com
 4  MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
 5  San Francisco, CA  94105-1126
    Tel:  415.442.1000
 6  Fax:  415.442.1001

 7  Attorneys for Defendants
    GAMESTOP CORP. and GAMESTOP.COM, INC.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 10-1210-TEH<br><br>**STIPULATION AND ORDER RE: DEADLINE FOR EARLY NEUTRAL EVALUATION**<br><br>Action Filed: March 23, 2010<br>Trial Date: None Set<br>Judge: Hon. Thelton E. Henderson |

WHEREAS, Plaintiff James Collins filed a putative class action in the above-captioned matter against GameStop Corp., and GameStop.com, Inc.;

WHEREAS, the Court in its September 13, 2010 Minute Order referred this matter to the Early Neutral Evaluation program, and ADR Local Rule 5-4(b) requires the early neutral evaluation session to be held by December 13, 2010;

WHEREAS, the parties have met and conferred telephonically with Christopher Sundermeier, the court-appointed early neutral evaluator;

WHEREAS, the parties have agreed that mediation prior to an early neutral evaluation offers a greater likelihood of resolution;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK

DB2/22065107.1

STIPULATION AND ORDER RE: EARLY NEUTRAL
EVALUATION - CASE NO. CV 10-1210-TEH

1     WHEREAS, the parties have agreed upon using the Honorable Edward A. Infante (Ret.) of JAMS as a mediator in this matter;

3     WHEREAS, the parties have scheduled a mediation for January 26, 2011;

4     WHEREAS, the parties want to retain the option of utilizing the service of Mr. Sundermeier, the court-appointed early neutral evaluator, should the mediation be unsuccessful.

6     IT IS HEREBY STIPULATED AND REQUESTED, pursuant to Civil Local Rules 6-1(b) and 6.2, that the deadline by which an early neutral evaluation session must be held should be extended until March 14, 2011.

Dated: November 24, 2010      MORGAN, LEWIS & BOCKIUS LLP

By:   /s/
    Howard Holderness

Attorneys for Defendants GAMESTOP CORP. and GAMESTOP.COM, INC.

Dated: November 24, 2010      INITIATIVE LEGAL GROUP APC

By:   /s/
    Mark P. Pifko

Attorneys for Plaintiff JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated

1.

**IT IS SO ORDERED.**

Dated: __12/1__, 2010

Judge Thelton E. Henderson

STIPULATION AND ORDER RE: EARLY NEUTRAL EVALUATION - CASE NO. CV 10-1210-TEH

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
NEW YORK