1  Roland Tellis (SBN 186269)
   rtellis@baronbudd.com
2  Laura Baughman (SBN 263944)
   lbaughman@baronbudd.com
3  Mark Pifko (SBN 228412)
   mpifko@baronbudd.com
4  Baron & Budd, P.C.
   1999 Avenue of the Stars, Suite 3450
5  Los Angeles, California  90067
   Telephone:  (310) 860-0476
6  Facsimile:   (310) 860-0480

7  Attorney for Plaintiff James Collins

8

9            UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11 | JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated, | Case Number:  CV 10-1210-TEH
12 |  | 
13 | Plaintiff, | CLASS ACTION
14 | vs. | [~~PROPOSED~~] **ORDER FOR SUBSTITUION OF COUNSEL**
15 | GAMESTOP CORP, a Delaware corporation; and GAMESTOP.COM, INC,, a Delaware Corporation, | 
16 |  | Action Filed:  March 23, 2010
17 | Defendants. | Trial Date:  None Set
18 |  | Judge:  Hon. Thelton E. Henderson

19

20

21

22

23

24

25

26

27

28

Case No. CV 10-1210-TEH

---

[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL

1    IT IS HEREBY ORDERED that Roland Tellis, Laura Baughman, and Mark
2  Pifko, Baron & Budd, P.C., 1999 Avenue of the Stars, Suite 3450, Los Angeles,
3  California 90067, (310) 860-0476 (tel) (310) 860-0480 (fax), are substituted as
4  attorneys of record in the place and stead of Initiative Legal Group APC.

5    **IT IS SO ORDERED.**

6
7  Dated: _____03/09_____, 2011



THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

Judge Thelton E. Henderson

Case No. CV 10-1210-TEH

[PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL