MOLLY M. LANE, State Bar No. 149206
mlane@morganlewis.con
HOWARD HOLDERNESS, State Bar No. 169814
hholderness@morganlewis.com
DENNIS J. SINCLITICO, State Bar No. 240260
dsinclitico@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax: 415.442.1001

Attorneys for Defendants
GAMESTOP CORP. and GAMESTOP.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GAMESTOP CORP., a Delaware corporation, and GAMESTOP.COM, INC., a Delaware corporation,<br><br>Defendants. | Case No. CV 10-1210-TEH<br><br>**STIPULATION AND ORDER RE: REMOVAL OF CASE FROM EARLY NEUTRAL EVALUATION PROGRAM**<br><br>Action Filed: March 23, 2010<br>Trial Date: None Set<br>Judge: Hon. Thelton E. Henderson |

WHEREAS, Plaintiff James Collins ("Plaintiff") filed a putative class action in the above-captioned matter against Defendants GameStop Corp., and GameStop.com, Inc. ("Defendants");

WHEREAS, the Court in its September 13, 2010 Minute Order referred this matter to the Early Neutral Evaluation program, and ADR Local Rule 5-4(b) requires the early neutral evaluation session to be held by December 13, 2010;

WHEREAS, pursuant to a stipulation and order, the deadline to hold the early neutral evaluation was extended until March 14, 2011;

WHEREAS, Plaintiff, through prior counsel, and Defendants, through current counsel, participated in a private mediation before Hon. Edward A. Infante (Ret.) of JAMS on March 3,

Morgan, Lewis & Bockius LLP
Attorneys At Law
New York

DB2/22323968.1

STIPULATION AND ORDER RE: EARLY NEUTRAL
EVALUATION - CASE NO. CV 10-1210-TEH

2011;

WHEREAS, on March 9, 2001 the Court entered an order substituting Baron & Budd, P.C. as counsel record for Plaintiff in the place of Initiative Legal Group;

WHEREAS, the parties have advised Mr. Christopher Sundermeier, the court-appointed early neutral evaluator, of the prior mediation and the recent substitution of Plaintiff's counsel; and

WHEREAS, the parties have agreed that, for purposes of continuity, further settlement discussions between the parties should take place with the private mediator Hon. Edward A. Infante (Ret.).

IT IS HEREBY STIPULATED AND REQUESTED, pursuant to Civil Local ADR Rule 5-4(b), that the parties be permitted to continue their settlement discussions with Judge Infante and the case removed from the Early Neutral Evaluation Program.

Dated: March 21, 2011        MORGAN, LEWIS & BOCKIUS LLP

By: ____/s/_____
      Howard Holderness

Attorneys for Defendants GAMESTOP CORP. and GAMESTOP.COM, INC.

Dated:  March 21, 2011       BARON & BUDD, P.C.

By: _____/s/_____
      Mark P. Pifko

Attorneys for Plaintiff JAMES COLLINS, individually, and on behalf of other members of the general public similarly situated

**IT IS SO ORDERED.**

Dated: __03/22__, 2011

_____
Judge Thelton E. Henderson
United States District Court

STIPULATION AND ORDER RE: EARLY NEUTRAL EVALUATION - CASE NO. CV 10-1210-TEH