IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS,<br><br>            Plaintiff,<br><br>v.<br><br>GAMESTOP CORP., et al.,<br><br>            Defendants. | NO. C10-1210 TEH<br><br><u>ORDER RE: MAY 16, 2011 HEARING</u> |
| MATTHEW PROCTOR and DANOBY ORTIZ,<br><br>            Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., et al.,<br><br>            Defendants. | NO. C11-0962 TEH |

      The *Collins* matter is currently before the Court on a motion to consolidate and appoint interim lead class counsel, with a hearing scheduled for May 16, 2011, at 10:00 AM. On May 6, 2011, Plaintiffs' counsel in *Collins* filed a stipulation reached with Plaintiffs' counsel in *Proctor* to consolidate these cases and to appoint both counsel as interim co-lead class counsel.

      Also pending before the Court is a motion to strike filed by Defendants in *Proctor*. Only the moving papers have been filed, and the motion is currently scheduled for hearing on June 13, 2011, at 10:00 AM. Defendants seek to strike from the *Proctor* complaint certain class allegations that the Court has already stricken from the *Collins* complaint.

      IT IS HEREBY ORDERED that counsel in both *Collins* and *Proctor* shall appear before the Court on **May 16, 2011, at 10:00 AM**, in Courtroom No. 2, 450 Golden Gate

Avenue, San Francisco, California.  Counsel shall be prepared to address all relevant issues, including the following:

    1. Whether the *Proctor* Plaintiffs stipulate to strike the challenged claims from the complaint and, if not, why not;

    2. Why two separate cases are necessary, and whether it might be more efficient to have the parties stipulate to amend *Collins* to add Matthew Proctor and Danoby Ortiz as named plaintiffs, with all counsel listed as counsel for Plaintiffs, and to dismiss the *Proctor* action; and

    3. Why there is a need to appoint interim lead class counsel and, assuming there is a need, why it is necessary and appropriate to appoint two law firms as interim co-lead class counsel.

**IT IS SO ORDERED.**

Dated:   05/10/11

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT