IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES COLLINS, et al.,

                Plaintiffs,

v.

GAMESTOP CORP., et al.,

                Defendants.

NO. C10-1210 TEH

ORDER DENYING DEFENDANTS' MOTION TO TRANSFER MOTION FOR PROTECTIVE ORDER

       This case has been referred to Chief Magistrate Judge Maria-Elena James for settlement and to Magistrate Judge Elizabeth Laporte for all discovery purposes. Defendants seek to transfer their discovery motion seeking a protective order from Judge Laporte to Judge James. Plaintiffs oppose the transfer.

       Defendants' motion for a protective order concerns the parties' dispute over whether additional discovery is necessary before they participate in a settlement conference before Judge James.[1] This issue can be adequately resolved by Judge Laporte. The Court does not find good cause to modify its referral orders to transfer the motion for protective order, which Defendants acknowledge is a discovery matter, to the settlement judge. Accordingly, Defendants' motion to transfer is DENIED.

**IT IS SO ORDERED.**

Dated: 06/22/11

                                 THELTON E. HENDERSON, JUDGE
                                 UNITED STATES DISTRICT COURT

---

[1] Relatedly, the parties disagree on whether a settlement, except for attorneys' fees, was reached during a prior mediation.