IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COLLINS, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>GAMESTOP CORP., et al.,<br><br>            Defendants. | NO. C10-1210 TEH<br><br>FURTHER ORDER RE: SUPPLEMENTAL BRIEFING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |

On March 23, 2012, the Court ordered the parties to file a supplemental joint brief by March 30, 2012, addressing a number of questions. The Court has reviewed the parties' submission, which failed to address the second part of Question 1: "Please also describe any affiliation the proposed Claims Administrator may have with any of the parties." The parties shall answer that question in a further joint supplemental brief on or before **April 4, 2012.**

**IT IS SO ORDERED.**

Dated: 04/02/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT