1  FRANKLIN BROCKWAY GOWDY, State Bar No. 047918
   fgowdy@morganlewis.com
2  MOLLY M. LANE, State Bar No. 149206
   mlane@morganlewis.con
3  HOWARD HOLDERNESS, State Bar No. 169814
   hholderness@morganlewis.com
4  DENNIS J. SINCLITICO, State Bar No. 240260
   dsinclitico@morganlewis.com
5  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
6  San Francisco, CA 94105-1126
   Tel: 415.442.1000
7  Fax: 415.442.1001

8  Attorneys for Defendants
   GAMESTOP CORP. and GAMESTOP.COM, INC.
9

10 [Additional Counsel Listed on Signature Page]

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15 | JAMES COLLINS, MATTHEW             | Case No. CV 10-1210-TEH [EDL]
   | PROCTOR, and DANOBY ORTIZ,        |
16 | individually, and on behalf of other | **STIPULATION AND [~~PROPOSED~~]**
   | members of the general public similarly | **ORDER RE: CONTINUATION OF DATES**
17 | situated,                          | **REGARDING CLASS NOTICE AND**
   |                                    | **RELATED PROCEEDINGS SET FORTH**
18 |              Plaintiffs,           | **IN THE COURT'S PRELIMINARY**
   |                                    | **APPROVAL OF SETTLEMENT**
19 | vs.                                |
   |                                    | [Civil L.R. 7-12]
20 | GAMESTOP CORP., a Delaware         |
   | corporation, and GAMESTOP.COM, INC., | Location: Courtroom 2, 17th Floor
21 | a Delaware corporation,            | Judge:    Hon. Thelton E. Henderson

22
                Defendants.
23

**STIPULATION**

WHEREAS the Court's April 9, 2012 Order Granting Motion for Preliminary Approval of Class Action Settlement (Docket No. 111) (the "April 9 Order") provides specific dates by which certain events must occur as part of the class action settlement in the above-referenced case; and

WHEREAS counsel for Plaintiffs James Collins, Matthew Proctor and Danoby Ortiz and the members of the Settlement Class (as defined in the April 9 Order) and counsel for Defendants agree that the dates of performance set forth in the Court's April 9 Order should in some instances be modified due to issues that have arisen related to the administration of this class action settlement;

NOW THEREFORE, the parties agree, subject to the Court's approval, to a modification of the April 9 Order as follows:

1. Dissemination of the Class Notice shall now be completed by **May 30, 2012** instead of April 30, 2012;

2. Requests for exclusion must now be received by **July 2, 2012** instead of June 1, 2012;

3. The parties shall prepare and file with the Court a joint list of class members who have filed timely requests for exclusion by **July 6, 2012** instead of June 6, 2012;

4. The other dates set forth in the April 9 Order are not altered at this time.

SO STIPULATED.

Dated: April 19, 2012            MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Franklin Brockway Gowdy*
　　Franklin Brockway Gowdy
　　Molly M. Lane
　　Howard Holderness

　　Attorneys for Defendants
　　GAMESTOP CORP. and GAMESTOP.COM, INC.

| | | |
|---|---|---|
| 1 | Dated: April 19, 2012 | BARRON & BUDD, P.C. |
| 2 | | |
| 3 | | By /s/ Roland Tellis |
| 4 | | Roland Tellis<br>Mark Pifko |
| 5 | | INITIATIVE LEGAL GROUP, APC |
| 6 | | |
| 7 | | By /s/ Gene Williams |
| 8 | | Gene Williams<br>Arnab Banerjee |
| 9 | | Attorneys for Plaintiffs |
| 10 | | JAMES COLLINS, MATTHEW PROCTOR,<br>DANOBY ORTIZ and counsel for the Settlement Class |

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 04/19/2012

Hon.
United
*[Signed]*
Judge Thelton E. Henderson

*[Seal: United States District Court, Northern District of California]*

---

DB2/ 23120091.1

2

STIPULATION AND [PROPOSED] ORDER

USDC Case No. CV 10-1210-TEH [EDL]